In the Matter of the Accounting of GEORGE F. CANFIELD et al., as Trustees under the Will of MARGARET T. SCHLEY, Deceased, Respondents.

JAMES M. SCHLEY, JR., Appellant; MONTFORT S. VARIELL et al., Respondents.

*Matter of Schley*, 181 App. Div. 931, affirmed.
(Argued October 1, 1918; decided October 15, 1918.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 28, 1917, which affirmed a decree of the New York County Surrogate's Court settling the accounts of the trustees under the will of Margaret T. Schley, deceased. Among the assets of testatrix was a deferred dividend policy of life insurance on the life of her husband, which he had duly assigned to her. Said policy having reached the end of its distribution period after the death of testatrix, the insurance company paid the amount of the deferred dividends to her trustees who credited the amount to principal. The appellant contended that the amount should be distributed as income. The surrogate overruled such contention.

*Chauncey E. Treadwell* and *James W. Treadwell* for appellant.

*Arthur B. Smith* and *George M. Cumming* for respondents.

*Andrew S. Hammersley* and *Harold E. Lippincott* for Montfort S. Variell et al., respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-BACK, HOGAN, MCLAUGHLIN and CRANE, JJ.